PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Misty Dawn Coffin**             **Docket No. 5:13-CR-55-3 BO**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linwood E. King, probation officer of the court, presenting an official report upon the conduct of defendant, Misty Dawn Coffin, who was placed under pretrial release supervision by the Honorable William A. Webb, U.S. Magistrate Judge, sitting in the Court at Raleigh, NC, on the 11th day of March, 2013, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: co-defendants.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

On May 21, 2013, the defendant appeared before the Honorable Terrence W. Boyle, U.S. District Judge, for arraignment, and supervision was continued under existing conditions.

Misty Dawn Coffin
Docket No. 5:13-CR-55-3BO
Petition For Action
Page 2

On June 5, 2013, the defendant again appeared before the Honorable Terrence W. Boyle, U.S. District Judge, for arraignment and guilty plea, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 5, 2013, the defendant reported to the probation office at the conclusion of her arraignment hearing before this court. She submitted a urine specimen which returned positive for cocaine and marijuana. Coffin signed an admission form acknowledging cocaine use on June 1, 2013, while attending a party. Additionally, she failed to contact the local substance abuse treatment provider as directed.

**PRAYING THAT THE COURT WILL ORDER** the defendant to remain under current bond conditions of release while being exposed to substance abuse treatment. The probation office will request a warrant and bond revocation hearing if the defendant tests positive for illegal substances or violates any additional release conditions in the future.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain | /s/Linwood E. King |
| Michael C. Brittain | Linwood E. King |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8682 |
| | Executed On: June 7, 2013 |

**ORDER OF COURT**

Considered and ordered this 7 day of June, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge